No. 60624.—J. T. Steeb & Co., Inc. v. United States, protest 291209–K (Seattle).

Opinion by LAWRENCE, J. The protest not having been filed within the statutory period allowed by section 514, Tariff Act of 1930 (19 U. S. C. § 1514), same was dismissed.

No. 60625.—Pfaff American Sales Corp. v. United States, protest 277320–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that each of the items of merchandise in question, when joined together with a sewing-machine head, included in the same importation, forms a complete article of commerce known as a portable sewing machine, and that the items in question and said sewing-machine heads are integral parts of such portable sewing machines, the claim of the plaintiff was sustained.